# ALABAMA COURT OF CRIMINAL APPEALS



December 20, 2024

**CR-2024-0235**
Amber Nicole McMullan McCrory v. State of Alabama (Appeal from Lee Circuit
Court: CC-21-530)

## **NOTICE**

You are hereby notified that on December 20, 2024, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk